515 A.2d 301

**John F. CHEVALIER and Anita Chevalier**

v.

**CITY OF PHILADELPHIA, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 22, 1986.

Petition for Allowance of Appeal GRANTED, No. 109 E.D. Appeal Docket 1985.